United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel., CARNEY A. PATTON, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNEX TCT LLC,<br><br>    Defendant. | Case No.  24-cv-03457-RS<br><br>**ORDER DENYING MOTION TO VACATE** |

This *qui tam* action was dismissed with leave to amend on August 26, 2024. Plaintiff seeks relief from final judgment pursuant to Federal Rule of Civil Procedure 60(b), on the grounds that Defendant failed to meet and confer with Plaintiff before filing its Motion to Dismiss. Plaintiff relies on the meet and confer requirement imposed by Central District of California Civil Local Rule 7-3, which does not bind parties before the Northern District of California. Accordingly, relief from final judgment is not warranted. Plaintiff's Motion to Vacate is denied.

**IT IS SO ORDERED**.

Dated: September 6, 2024

_____
RICHARD SEEBORG
Chief United States District Judge