UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONNEX TCT LLC,<br><br>    Defendant. | Case No. 24-cv-03457-RS<br><br>**JUDGMENT** |

Pursuant to the order granting Defendant's motion to dismiss, Dkt. No. 10, and Federal Rule of Civil Procedure 58, judgment is entered dismissing Plaintiff Carney A. Patton's *qui tam* complaint.

**IT IS SO ORDERED**.

Dated: October 15, 2024

_____
RICHARD SEEBORG
Chief United States District Judge